DANIEL J. BRODERICK, Bar #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MARCO RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:10-cr-0474 LJO |
| Plaintiff, | STIPULATION AND  ORDER TO ADVANCE SENTENCING HEARING |
| v. | DATE:    April 15, 2011 |
| MARCO RODRIGUEZ, | TIME:    8:45 A.M. |
| Defendant. | JUDGE:  Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the sentencing hearing in the above-captioned matter now set for May 13, 2011, **may be advanced to April 15, 2011 at 8:45 A.M.**

This advancement of the court date is at the request of the defense as Mr. Rodriguez wishes to be sentenced and be transferred to the Bureau of Prisons as soon as possible.  At this time, both parties intend to simply submit on the probation report and plea agreement.  United States Probation Officer Sarah Kirk has been contacted and has no objection to the advancement.

///

///

///

///

///

1
                                            BENJAMIN B. WAGNER
                                            United States Attorney
2
DATED: April 12, 2011              By:    /s/ Elana S. Landau
3                                          ELANA S. LANDAU
                                           Assistant United States Attorney
4                                          Attorney for Plaintiff

5
                                            DANIEL J. BRODERICK
6                                           Federal Defender

7  DATED: April 12, 2011             By:    /s/ Charles J. Lee
                                           CHARLES J. LEE
8                                          Assistant Federal Defender
                                           Attorney for Defendant
9                                          MARCO RODRIGUEZ

10

11

12

13                              **O R D E R**

14

15

16

17

18

19
IT IS SO ORDERED.

20
**Dated:    April 12, 2011            /s/ Lawrence J. O'Neill**
21                              UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

Rodriguez - Stipulation to Advance                2
Sentencing Hearing